STATE of Missouri, Respondent,

v.

Jerry SCHNEIDER, Appellant.

Jerry SCHNEIDER, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 44436, WD 47091.

Missouri Court of Appeals, Western District.

Oct. 5, 1993.

Cinda J. Eichler, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and SMART and ELLIS, JJ.

### ORDER

PER CURIAM.

Defendant appeals from his conviction of second degree arson. Section 569.050, RSMo 1986. The direct appeal has been consolidated with his appeal from the dismissal of a Rule 29.15 motion for post-conviction relief as untimely filed.

The judgment of conviction is affirmed. Rule 30.25(b).

The dismissal of post-conviction relief is affirmed. Rule 84.16(b).